Collin D. Cook (SBN 251606)
E-Mail: ccook@fisherphillips.com
FISHER & PHILLIPS LLP
1 Montgomery Street, Suite 3400
San Francisco, California 94104
Telephone: (415) 490-9000
Facsimile: (415) 490-9001

Attorneys for Defendant
OMNICELL, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JOSEPH STONE, an individual, | CASE NO.: 5:25-cv-05229-SVK |
| Plaintiff, | **DEFENDANT OMNICELL, INC.'S ANSWER TO COMPLAINT** |
| v. | |
| OMNICELL, INC., a Delaware Corporation, DENNIS LEE, an individual, and DOES 1 through 20, inclusive, | |
| Defendants. | |

Case No. 5:25-cv-05229-SVK

DEFENDANT OMNICELL, INC.'S ANSWER TO COMPLAINT

Defendant Omnicell, Inc. ("Defendant") hereby submits its Answer to Plaintiff Joseph Stone's ("Plaintiff") Complaint ("Complaint") as follows:

**JURISDICTION**

1. Answering Paragraph 1 of the Complaint, the allegations contained therein constitutes legal assertions, conclusions, and/or arguments to which no response is required. To the extent that any response is required, Defendant denies each and every allegation contained in Paragraph 1.

**THE PARTIES**

2. Answering Paragraph 2 of the Complaint, Defendant is without knowledge or information sufficient to enable it to admit or deny the allegations contained in Paragraph 2, and on that basis, Defendant denies said allegations.

3. Answering Paragraph 3 of the Complaint, Defendant admits that Defendant Omnicell, Inc. was and is a Delaware corporation engaging in business in Santa Clara County, California. Except as expressly admitted by Defendant, Defendant states that Paragraph 3 consists of legal conclusions and/or argument to which no response is required. To the extent that any response is required, Defendant denies each and every allegation contained in Paragraph 3.

4. Answering Paragraph 4 of the Complaint, Defendant states that Paragraph 4 consists of legal assertions or conclusions to which no response is required. To the extent any response is required, Defendant is without knowledge or information sufficient to enable Defendant to admit or deny the allegations in Paragraph 4, and on that basis, Defendant denies said allegations.

5. Answering Paragraph 5 of the Complaint, Defendant states that Paragraph 5 consists of legal assertions or conclusions to which no response is required. To the extent any response is required, Defendant is without knowledge or information sufficient to enable Defendant to admit or deny the allegations in Paragraph 4, and on that basis, Defendant denies said allegations.

6. Answering Paragraph 6 of the Complaint, Defendant states that Paragraph 6 consists of legal assertions or conclusions to which no response is required. To the extent any response is required, Defendant is without knowledge or information sufficient to enable Defendant to admit or deny the allegations in Paragraph 6, and on that basis, Defendant denies said allegations.

///

DEFENDANT OMNICELL, INC.'S ANSWER TO COMPLAINT

FP 55342095.2

7.      Answering Paragraph 7 of the Complaint, Defendant states that Paragraph 7 consists of legal assertions or conclusions to which no response is required. To the extent any response is required, Defendant denies each and every allegation in Paragraph 7.

8.      Answering Paragraph 8 of the Complaint, Defendant states that Paragraph 8 consists of legal assertions or conclusions to which no response is required. To the extent any response is required, Defendant denies each and every allegation in Paragraph 8.

9.      Answering Paragraph 9 of the Complaint, the allegations contained therein constitute legal assertions or conclusions to which no response is required. To the extent any response is required, Defendant denies each and every allegation contained in Paragraph 9.

10.     Answering Paragraph 10 of the Complaint, Defendant states that Paragraph 10 consists of legal assertions or conclusions to which no response is required. To the extent any response is required, Defendant is without knowledge or information sufficient to enable Defendant to admit or deny the allegations in Paragraph 10, and on that basis, Defendant denies said allegations.

11.     Answering Paragraph 11 of the Complaint, the allegations contained therein constitute legal assertions or conclusions to which no response is required. To the extent any response is required, Defendant denies each and every allegation contained in Paragraph 11.

12.     Answering Paragraph 12 of the Complaint, the allegations contained therein constitute legal assertions or conclusions to which no response is required. To the extent any response is required, Defendant is without knowledge or information sufficient to enable Defendant to admit or deny the allegations in Paragraph 12, and on that basis, Defendant denies said allegations.

13.     Answering Paragraph 13 of the Complaint, the allegations contained therein constitute legal assertions or conclusions to which no response is required. To the extent any response is required, Defendant is without knowledge or information sufficient to enable Defendant to admit or deny the allegations in Paragraph 13, and on that basis, Defendant denies said allegations.

**ALTER EGO, AGENCY, SUCCESSOR AND JOINT EMPLOYER**

14.     Answering Paragraph 14 of the Complaint, the allegations contained therein constitute legal assertions or conclusions to which no response is required. To the extent any response is required, Defendant is without knowledge or information sufficient to enable Defendant to admit or deny the

DEFENDANT OMNICELL, INC.'S ANSWER TO COMPLAINT

FP 55342095.2

allegations in Paragraph 14, and on that basis, Defendant denies said allegations.

15.    Answering Paragraph 15 of the Complaint, the allegations contained therein constitute legal assertions or conclusions to which no response is required. To the extent any response is required, Defendant is without knowledge or information sufficient to enable Defendant to admit or deny the allegations in Paragraph 15, and on that basis, Defendant denies said allegations.

16.    Answering Paragraph 16 of the Complaint, the allegations contained therein constitute legal assertions or conclusions to which no response is required. To the extent any response is required, Defendant is without knowledge or information sufficient to enable Defendant to admit or deny the allegations in Paragraph 16, and on that basis, Defendant denies said allegations.

17.    Answering Paragraph 17 of the Complaint, the allegations contained therein constitute legal assertions or conclusions to which no response is required. To the extent any response is required, Defendant is without knowledge or information sufficient to enable Defendant to admit or deny the allegations in Paragraph 17, and on that basis, Defendant denies said allegations.

18.    Answering Paragraph 18 of the Complaint, the allegations contained therein constitute legal assertions or conclusions to which no response is required. To the extent any response is required, Defendant is without knowledge or information sufficient to enable Defendant to admit or deny the allegations in Paragraph 18, and on that basis, Defendant denies said allegations.

## FACTUAL ALLEGATIONS

19.    Answering Paragraph 19 of the Complaint, Defendant admits Plaintiff is a former employee of Omnicell, Inc. Defendant denies the remaining allegations in Paragraph 19 of the Complaint.

20.    Answering Paragraph 20 of the Complaint, Defendant admits Plaintiff was a Logistics Supervisor at Omnicell, Inc. Defendant denies the remaining allegations in Paragraph 20 of the Complaint.

21.    Answering Paragraph 21 of the Complaint, Defendant denies the allegations in Paragraph 21 of the Complaint.

22.    Answering Paragraph 22 of the Complaint, Defendant denies the allegations in Paragraph 22 of the Complaint.

///

///

DEFENDANT OMNICELL, INC.'S ANSWER TO COMPLAINT

FP 55342095.2

23.     Answering Paragraph 23 of the Complaint, Defendant is without knowledge or information sufficient to enable Defendant to admit or deny the allegations in Paragraph 23, and on that basis, Defendant denies said allegations.

24.     Answering Paragraph 24 of the Complaint, Defendant is without knowledge or information sufficient to enable Defendant to admit or deny the allegations in Paragraph 24, and on that basis, Defendant denies said allegations.

25.     Answering Paragraph 25 of the Complaint, Defendant is without knowledge or information sufficient to enable Defendant to admit or deny the allegations in Paragraph 25, and on that basis, Defendant denies said allegations.

26.     Answering Paragraph 26 of the Complaint, Defendant is without knowledge or information sufficient to enable Defendant to admit or deny the allegations in Paragraph 26, and on that basis, Defendant denies said allegations.

27.     Answering Paragraph 27 of the Complaint, Defendant denies the allegations in Paragraph 27 of the Complaint.

28.     Answering Paragraph 28 of the Complaint, Defendant denies the allegations in Paragraph 28 of the Complaint.

29.     Answering Paragraph 29 of the Complaint, Defendant denies the allegations in Paragraph 29 of the Complaint.

30.     Answering Paragraph 30 of the Complaint, Defendant denies the allegations in Paragraph 30 of the Complaint.

31.     Answering Paragraph 31 of the Complaint, Defendant denies the allegations in Paragraph 31 of the Complaint.

32.     Answering Paragraph 32 of the Complaint, Defendant denies the allegations in Paragraph 32 of the Complaint.

33.     Answering Paragraph 33 of the Complaint, Defendant denies the allegations in Paragraph 33 of the Complaint.

///

///

DEFENDANT OMNICELL, INC.'S ANSWER TO COMPLAINT

FP 55342095.2

34.     Answering Paragraph 34 of the Complaint, Defendant is without knowledge or information sufficient to enable Defendant to admit or deny the allegations in Paragraph 34, and on that basis, Defendant denies said allegations.

35.     Answering Paragraph 35 of the Complaint, Defendant denies the allegations in Paragraph 35 of the Complaint.

36.     Answering Paragraph 36 of the Complaint, Defendant denies the allegations in Paragraph 36 of the Complaint.

37.     Answering Paragraph 37 of the Complaint, Defendant denies the allegations in Paragraph 37 of the Complaint.

38.     Answering Paragraph 38 of the Complaint, Defendant denies the allegations in Paragraph 38 of the Complaint.

39.     Answering Paragraph 39 of the Complaint, the allegations contained therein constitute legal assertions or conclusions to which no response is required. To the extent any response is required, Defendant is without knowledge or information sufficient to enable Defendant to admit or deny the allegations in Paragraph 39, and on that basis, Defendant denies said allegations.

40.     Answering Paragraph 40 of the Complaint, the allegations contained therein constitute legal assertions or conclusions to which no response is required. To the extent any response is required, Defendant is without knowledge or information sufficient to enable Defendant to admit or deny the allegations in Paragraph 40, and on that basis, Defendant denies said allegations.

41.     Answering Paragraph 41 of the Complaint, Defendant denies the allegations in Paragraph 41 of the Complaint.

42.     Answering Paragraph 42 of the Complaint, Defendant denies the allegations in Paragraph 42 of the Complaint.

43.     Answering Paragraph 43 of the Complaint, the allegations contained therein constitute legal assertions or conclusions to which no response is required. To the extent any response is required, Defendant is without knowledge or information sufficient to enable Defendant to admit or deny the allegations in Paragraph 43, and on that basis, Defendant denies said allegations.

///

DEFENDANT OMNICELL, INC.'S ANSWER TO COMPLAINT

FP 55342095.2

44.    Answering Paragraph 44 of the Complaint, the allegations contained therein constitute legal assertions or conclusions to which no response is required. To the extent any response is required, Defendant is without knowledge or information sufficient to enable Defendant to admit or deny the allegations in Paragraph 44, and on that basis, Defendant denies said allegations.

45.    Answering Paragraph 45 of the Complaint, the allegations contained therein constitute legal assertions or conclusions to which no response is required. To the extent any response is required, Defendant denies each and every allegation contained in Paragraph 45.

46.    Answering Paragraph 46 of the Complaint, the allegations contained therein constitute legal assertions or conclusions to which no response is required. To the extent any response is required, Defendant denies each and every allegation contained in Paragraph 46.

47.    Answering Paragraph 47 of the Complaint, the allegations contained therein constitute legal assertions or conclusions to which no response is required. To the extent any response is required, Defendant denies each and every allegation contained in Paragraph 47.

48.    Answering Paragraph 48 of the Complaint, the allegations contained therein constitute legal assertions or conclusions to which no response is required. To the extent any response is required, Defendant denies each and every allegation contained in Paragraph 48.

49.    Answering Paragraph 49 of the Complaint, the allegations contained therein constitute legal assertions or conclusions to which no response is required. To the extent any response is required, Defendant denies each and every allegation contained in Paragraph 49.

50.    Answering Paragraph 50 of the Complaint, the allegations contained therein constitute legal assertions or conclusions to which no response is required. To the extent any response is required, Defendant denies each and every allegation contained in Paragraph 50.

51.    Answering Paragraph 51 of the Complaint, the allegations contained therein constitute legal assertions or conclusions to which no response is required. To the extent any response is required, Defendant denies each and every allegation contained in Paragraph 51.

52.    Answering Paragraph 52 of the Complaint, the allegations contained therein constitute legal assertions or conclusions to which no response is required. To the extent any response is required, Defendant denies each and every allegation contained in Paragraph 52.

DEFENDANT OMNICELL, INC.'S ANSWER TO COMPLAINT

53. Answering Paragraph 53 of the Complaint, the allegations contained therein constitute legal assertions or conclusions to which no response is required. To the extent any response is required, Defendant denies each and every allegation contained in Paragraph 53.

## FIRST CAUSE OF ACTION

## FOR WAITING TIME PENALTIES

## (LABOR CODE §§ 201 THROUGH 203)

## AGAINST ALL DEFENDANTS AND ALL DOE DEFENDANTS

54. Answering Paragraph 54 of the Complaint, Defendant incorporates herein by reference its responses to Paragraphs 1 through 53 as though fully set forth.

55. Answering Paragraph 55 of the Complaint, the allegations contained therein constitute legal assertions or conclusions to which no response is required. To the extent any response is required, Defendant denies each and every allegation contained in Paragraph 55.

56. Answering Paragraph 56 of the Complaint, the allegations contained therein constitute legal assertions or conclusions to which no response is required. To the extent any response is required, Defendant denies each and every allegation contained in Paragraph 56.

## SECOND CAUSE OF ACTION

## FEHA VIOLATIONS BASED UPON DISABILITY DISCRIMINATION

## CAL. GOV. CODE §§ 12940(a) ET SEQ.

## AGAINST ALL DEFENDANTS AND ALL DOE DEFENDANTS

57. Answering Paragraph 57 of the Complaint, Defendant incorporates herein by reference its responses to Paragraphs 1 through 56 as though fully set forth.

58. Answering Paragraph 58 of the Complaint, the allegations contained therein constitute legal assertions or conclusions to which no response is required. To the extent any response is required, Defendant denies each and every allegation contained in Paragraph 58.

59. Answering Paragraph 59 of the Complaint, the allegations contained therein constitute legal assertions or conclusions to which no response is required. To the extent any response is required, Defendant denies each and every allegation contained in Paragraph 59.

///

DEFENDANT OMNICELL, INC.'S ANSWER TO COMPLAINT

FP 55342095.2

60. Answering Paragraph 60 of the Complaint, Defendant is without knowledge or information sufficient to enable Defendant to admit or deny the allegations in Paragraph 60, and on that basis, Defendant denies said allegations.

61. Answering Paragraph 61 of the Complaint, Defendant denies the allegations in Paragraph 61 of the Complaint.

62. Answering Paragraph 62 of the Complaint, the allegations contained therein constitute legal assertions or conclusions to which no response is required. To the extent any response is required, Defendant denies each and every allegation contained in Paragraph 62.

63. Answering Paragraph 63 of the Complaint, the allegations contained therein constitute legal assertions or conclusions to which no response is required. To the extent any response is required, Defendant denies each and every allegation contained in Paragraph 63.

64. Answering Paragraph 63 of the Complaint, the allegations contained therein constitute legal assertions or conclusions to which no response is required. To the extent any response is required, Defendant denies each and every allegation contained in Paragraph 63.

## THIRD CAUSE OF ACTION

## FAILURE TO PROVIDE REASONABLE ACCOMMODATIONS

## CAL. GOV. CODE §§ 12940 ET SEQ.

## AGAINST ALL DEFENDANTS AND ALL DOE DEFENDANTS

65. Answering Paragraph 65 of the Complaint, Defendant incorporates herein by reference its responses to Paragraphs 1 through 64 as though fully set forth.

66. Answering Paragraph 66 of the Complaint, the allegations contained therein constitute legal assertions or conclusions to which no response is required. To the extent any response is required, Defendant denies each and every allegation contained in Paragraph 66.

67. Answering Paragraph 67 of the Complaint, the allegations contained therein constitute legal assertions or conclusions to which no response is required. To the extent any response is required, Defendant denies each and every allegation contained in Paragraph 67.

///

///

DEFENDANT OMNICELL, INC.'S ANSWER TO COMPLAINT

FP 55342095.2

68. Answering Paragraph 68 of the Complaint, the allegations contained therein constitute legal assertions or conclusions to which no response is required. To the extent any response is required, Defendant denies each and every allegation contained in Paragraph 68.

69. Answering Paragraph 69 of the Complaint, the allegations contained therein constitute legal assertions or conclusions to which no response is required. To the extent any response is required, Defendant denies each and every allegation contained in Paragraph 69.

70. Answering Paragraph 70 of the Complaint, the allegations contained therein constitute legal assertions or conclusions to which no response is required. To the extent any response is required, Defendant denies each and every allegation contained in Paragraph 70.

71. Answering Paragraph 71 of the Complaint, the allegations contained therein constitute legal assertions or conclusions to which no response is required. To the extent any response is required, Defendant denies each and every allegation contained in Paragraph 71.

72. Answering Paragraph 72 of the Complaint, the allegations contained therein constitute legal assertions or conclusions to which no response is required. To the extent any response is required, Defendant denies each and every allegation contained in Paragraph 72.

**FOURTH CAUSE OF ACTION**

**FAILURE TO EGNAGE IN GOOD FAITH INTERACTIVE PROCESS**

**CAL. GOV. CODE §§ 12940 ET SEQ.**

**AGAINST ALL DEFENDANTS AND ALL DOE DEFENDANTS**

73. Answering Paragraph 73 of the Complaint, Defendant incorporates herein by reference its responses to Paragraphs 1 through 72 as though fully set forth.

74. Answering Paragraph 74 of the Complaint, the allegations contained therein constitute legal assertions or conclusions to which no response is required. To the extent any response is required, Defendant denies each and every allegation contained in Paragraph 74.

75. Answering Paragraph 75 of the Complaint, the allegations contained therein constitute legal assertions or conclusions to which no response is required. To the extent any response is required, Defendant denies each and every allegation contained in Paragraph 75.

///

DEFENDANT OMNICELL, INC.'S ANSWER TO COMPLAINT

FP 55342095.2

76.     Answering Paragraph 76 of the Complaint, the allegations contained therein constitute legal assertions or conclusions to which no response is required. To the extent any response is required, Defendant denies each and every allegation contained in Paragraph 76.

77.     Answering Paragraph 77 of the Complaint, the allegations contained therein constitute legal assertions or conclusions to which no response is required. To the extent any response is required, Defendant denies each and every allegation contained in Paragraph 77.

78.     Answering Paragraph 78 of the Complaint, the allegations contained therein constitute legal assertions or conclusions to which no response is required. To the extent any response is required, Defendant denies each and every allegation contained in Paragraph 78.

79.     Answering Paragraph 79 of the Complaint, the allegations contained therein constitute legal assertions or conclusions to which no response is required. To the extent any response is required, Defendant denies each and every allegation contained in Paragraph 79.

80.     Answering Paragraph 80 of the Complaint, the allegations contained therein constitute legal assertions or conclusions to which no response is required. To the extent any response is required, Defendant denies each and every allegation contained in Paragraph 80.

**FIFTH CAUSE OF ACTION**

**FEHA VIOLATIONS BASED UPON RETALIATION**

**CAL. GOV. CODE §§ 12940(h) ET SEQ.**

**AGAINST DEFENDANT OMNICELL AND ALL DOE DEFENDANTS**

81.     Answering Paragraph 81 of the Complaint, Defendant incorporates herein by reference its responses to Paragraphs 1 through 80 as though fully set forth.

82.     Answering Paragraph 82 of the Complaint, the allegations contained therein constitute legal assertions or conclusions to which no response is required. To the extent any response is required, Defendant denies each and every allegation contained in Paragraph 82.

83.     Answering Paragraph 83 of the Complaint, the allegations contained therein constitute legal assertions or conclusions to which no response is required. To the extent any response is required, Defendant denies each and every allegation contained in Paragraph 83.

///

DEFENDANT OMNICELL, INC.'S ANSWER TO COMPLAINT

FP 55342095.2

84.   Answering Paragraph 84 of the Complaint, the allegations contained therein constitute legal assertions or conclusions to which no response is required. To the extent any response is required, Defendant denies each and every allegation contained in Paragraph 84.

85.   Answering Paragraph 85 of the Complaint, the allegations contained therein constitute legal assertions or conclusions to which no response is required. To the extent any response is required, Defendant denies each and every allegation contained in Paragraph 85.

86.   Answering Paragraph 86 of the Complaint, the allegations contained therein constitute legal assertions or conclusions to which no response is required. To the extent any response is required, Defendant denies each and every allegation contained in Paragraph 86.

87.   Answering Paragraph 87 of the Complaint, the allegations contained therein constitute legal assertions or conclusions to which no response is required. To the extent any response is required, Defendant denies each and every allegation contained in Paragraph 87.

88.   Answering Paragraph 88 of the Complaint, the allegations contained therein constitute legal assertions or conclusions to which no response is required. To the extent any response is required, Defendant denies each and every allegation contained in Paragraph 88.

## SIXTH CAUSE OF ACTION

### FOR WRONGFUL CONSTRUCTIVE TERMINATION

### IN VIOLATION OF THE PUBLIC POLICY OF THE STATE OF CALIFORNIA

### AGAINST DEFENDANT OMNICELL AND ALL DOE DEFENDANTS

89.   Answering Paragraph 89 of the Complaint, Defendant incorporates herein by reference its responses to Paragraphs 1 through 88 as though fully set forth.

90.   Answering Paragraph 90 of the Complaint, the allegations contained therein constitute legal assertions or conclusions to which no response is required. To the extent any response is required, Defendant denies each and every allegation contained in Paragraph 90.

91.   Answering Paragraph 91 of the Complaint, the allegations contained therein constitute legal assertions or conclusions to which no response is required. To the extent any response is required, Defendant denies each and every allegation contained in Paragraph 91.

///

DEFENDANT OMNICELL, INC.'S ANSWER TO COMPLAINT

FP 55342095.2

92. Answering Paragraph 92 of the Complaint, the allegations contained therein constitute legal assertions or conclusions to which no response is required. To the extent any response is required, Defendant denies each and every allegation contained in Paragraph 92.

93. Answering Paragraph 93 of the Complaint, the allegations contained therein constitute legal assertions or conclusions to which no response is required. To the extent any response is required, Defendant denies each and every allegation contained in Paragraph 93.

94. Answering Paragraph 94 of the Complaint, the allegations contained therein constitute legal assertions or conclusions to which no response is required. To the extent any response is required, Defendant denies each and every allegation contained in Paragraph 94.

95. Answering Paragraph 95 of the Complaint, the allegations contained therein constitute legal assertions or conclusions to which no response is required. To the extent any response is required, Defendant denies each and every allegation contained in Paragraph 95.

96. Answering Paragraph 96 of the Complaint, the allegations contained therein constitute legal assertions or conclusions to which no response is required. To the extent any response is required, Defendant denies each and every allegation contained in Paragraph 96.

97. Answering Paragraph 97 of the Complaint, the allegations contained therein constitute legal assertions or conclusions to which no response is required. To the extent any response is required, Defendant denies each and every allegation contained in Paragraph 97.

98. Answering Paragraph 98 of the Complaint, the allegations contained therein constitute legal assertions or conclusions to which no response is required. To the extent any response is required, Defendant denies each and every allegation contained in Paragraph 98.

99. Answering Paragraph 99 of the Complaint, the allegations contained therein constitute legal assertions or conclusions to which no response is required. To the extent any response is required, Defendant denies each and every allegation contained in Paragraph 99.

///

///

///

///

Case No. 5:25-cv-05229-SVK
DEFENDANT OMNICELL, INC.'S ANSWER TO COMPLAINT

FP 55342095.2

## SEVENTH CAUSE OF ACTION

## FOR UNFAIR COMPETITION

## (BUSINESS AND PROFESSIONS CODE § 17200 ET SEQ.

## AGAINST DEFENDANT OMNICELL AND ALL DOE DEFENDANTS

100. Answering Paragraph 100 of the Complaint, Defendant incorporates herein by reference its responses to Paragraphs 1 through 99 as though fully set forth.

101. Answering Paragraph 101 of the Complaint, the allegations contained therein constitute legal assertions or conclusions to which no response is required. To the extent any response is required, Defendant denies each and every allegation contained in Paragraph 101.

102. Answering Paragraph 102 of the Complaint, the allegations contained therein constitute legal assertions or conclusions to which no response is required. To the extent any response is required, Defendant denies each and every allegation contained in Paragraph 102.

103. Answering Paragraph 103 of the Complaint, the allegations contained therein constitute legal assertions or conclusions to which no response is required. To the extent any response is required, Defendant is without knowledge or information sufficient to enable Defendant to admit or deny the allegations in Paragraph 103, and on that basis, Defendant denies said allegations.

104. Answering Paragraph 104 of the Complaint, the allegations contained therein constitute legal assertions or conclusions to which no response is required. To the extent any response is required, Defendant is without knowledge or information sufficient to enable Defendant to admit or deny the allegations in Paragraph 104, and on that basis, Defendant denies said allegations.

105. Answering Paragraph 105 of the Complaint, the allegations contained therein constitute legal assertions or conclusions to which no response is required. To the extent any response is required, Defendant is without knowledge or information sufficient to enable Defendant to admit or deny the allegations in Paragraph 105, and on that basis, Defendant denies said allegations.

106. Answering Paragraph 106 of the Complaint, the allegations contained therein constitute legal assertions or conclusions to which no response is required. To the extent any response is required, Defendant denies each and every allegation contained in Paragraph 106.

///

14    Case No. 5:25-cv-05229-SVK
DEFENDANT OMNICELL, INC.'S ANSWER TO COMPLAINT

FP 55342095.2

107. Answering Paragraph 107 of the Complaint, the allegations contained therein constitute legal assertions or conclusions to which no response is required. To the extent any response is required, Defendant denies each and every allegation contained in Paragraph 107.

108. Answering Paragraph 108 of the Complaint, the allegations contained therein constitute legal assertions or conclusions to which no response is required. To the extent any response is required, Defendant denies each and every allegation contained in Paragraph 108.

109. Answering Paragraph 109 of the Complaint, the allegations contained therein constitute legal assertions or conclusions to which no response is required. To the extent any response is required, Defendant denies each and every allegation contained in Paragraph 109.

110. Answering Paragraph 110 of the Complaint, the allegations contained therein constitute legal assertions or conclusions to which no response is required. To the extent any response is required, Defendant denies each and every allegation contained in Paragraph 110.

## EIGHTH CAUSE OF ACTION

## RETALIATION IN VIOLATION OF LABOR CODE § 1102.5

## (WHISTLEBLOWER RETALIATION)

## AGAINST DEFENDANT OMNICELL AND ALL DOE DEFENDANTS

111. Answering Paragraph 111 of the Complaint, Defendant incorporates herein by reference its responses to Paragraphs 1 through 110 as though fully set forth.

112. Answering Paragraph 112 of the Complaint, the allegations contained therein constitute legal assertions or conclusions to which no response is required. To the extent any response is required, Defendant is without knowledge or information sufficient to enable Defendant to admit or deny the allegations in Paragraph 112, and on that basis, Defendant denies said allegations.

113. Answering Paragraph 113 of the Complaint, the allegations contained therein constitute legal assertions or conclusions to which no response is required. To the extent any response is required, Defendant is without knowledge or information sufficient to enable Defendant to admit or deny the allegations in Paragraph 113, and on that basis, Defendant denies said allegations.

///

///

DEFENDANT OMNICELL, INC.'S ANSWER TO COMPLAINT

FP 55342095.2

114. Answering Paragraph 114 of the Complaint, the allegations contained therein constitute legal assertions or conclusions to which no response is required. To the extent any response is required, Defendant is without knowledge or information sufficient to enable Defendant to admit or deny the allegations in Paragraph 114, and on that basis, Defendant denies said allegations.

115. Answering Paragraph 115 of the Complaint, the allegations contained therein constitute legal assertions or conclusions to which no response is required. To the extent any response is required, Defendant is without knowledge or information sufficient to enable Defendant to admit or deny the allegations in Paragraph 115, and on that basis, Defendant denies said allegations.

116. Answering Paragraph 116 of the Complaint, the allegations contained therein constitute legal assertions or conclusions to which no response is required. To the extent any response is required, Defendant denies each and every allegation contained in Paragraph 116.

117. Answering Paragraph 117 of the Complaint, the allegations contained therein constitute legal assertions or conclusions to which no response is required. To the extent any response is required, Defendant denies each and every allegation contained in Paragraph 117.

118. Answering Paragraph 118 of the Complaint, the allegations contained therein constitute legal assertions or conclusions to which no response is required. To the extent any response is required, Defendant denies each and every allegation contained in Paragraph 118.

119. Answering Paragraph 119 of the Complaint, Defendant denies the allegations in Paragraph 119 of the Complaint.

120. Answering Paragraph 120 of the Complaint, Defendant denies the allegations in Paragraph 120 of the Complaint.

121. Answering Paragraph 121 of the Complaint, the allegations contained therein constitute legal assertions or conclusions to which no response is required. To the extent any response is required, Defendant denies each and every allegation contained in Paragraph 1121.

## PRAYER FOR RELIEF

Answering Plaintiff's prayer for relief, Defendant states that Paragraphs numbered 1 through 8 assert conclusory damages and relief sought by Plaintiff, as to which no response is required. To the extent that any response is necessary, Defendant generally and specifically denies that Plaintiff is entitled to any

DEFENDANT OMNICELL, INC.'S ANSWER TO COMPLAINT

FP 55342095.2

relief whatsoever. Except as expressly alleged and denied, Defendant does not have sufficient information or belief to respond to the remaining allegations set forth in Plaintiff's requests and on that basis, Defendant generally and specifically denies each and every part thereof.

## AFFIRMATIVE DEFENSES

Defendant further asserts the following defenses, without waiving, and specifically reserving, the right to add additional defenses. Defendant expressly reserves the right to seek leave to amend this answer and to assert additional defenses, and to supplement, alter, or change this answer and defenses upon revelation of more definitive facts by Plaintiff and upon Defendant's undertaking of discovery and investigation of this matter. Accordingly, the right to assert additional defenses, if and to the extent that such defenses are applicable, is hereby reserved.

## FIRST AFFIRMATIVE DEFENSE

1.      Defendant is informed and believes, and on that basis alleges, that Plaintiff's Complaint and each purported cause of action asserted against Defendant therein fails to set forth facts sufficient to constitute a claim and/or state a claim upon which relief may be granted.

## SECOND AFFIRMATIVE DEFENSE

2.      Defendant is informed and believes, and on that basis alleges, that Plaintiff's Complaint, and each and every cause of action therein, is barred on the ground that Plaintiff's claims may not be litigated in court because some or all of Plaintiff's claims may be subject to mandatory and binding arbitration. Defendant expressly reserves the right to bring a motion to compel the Complaint, or the claims of Plaintiff asserted in the Complaint to binding arbitration pursuant to an arbitration agreement executed by Plaintiff. Accordingly, Defendant's rights to compel arbitration based on such arbitration agreements are hereby reserved.

## THIRD AFFIRMATIVE DEFENSE

3.      Defendant is informed and believes, and on that basis alleges, Plaintiff's Complaint, and each and every cause of action therein, is barred by the exclusive remedy provisions of the Workers' Compensation Act pursuant to California Labor Code section 3601 *et seq*.

///

///

17                          Case No. 5:25-cv-05229-SVK

DEFENDANT OMNICELL, INC.'S ANSWER TO COMPLAINT

FP 55342095.2

## FOURTH AFFIRMATIVE DEFENSE

4. Defendant is informed and believes, and on that basis alleges, if Plaintiff has received, or in the future receives, Workers' Compensation benefits by reason of the claimed injuries which give rise to this suit, any judgment rendered in favor of Plaintiff should be reduced by the amount of all Workers' Compensation benefits paid to or on behalf of Plaintiff.

## FIFTH AFFIRMATIVE DEFENSE

5. Defendant is informed and believes, and on that basis alleges, Plaintiff is estopped by his conduct from recovering any relief sought in the Complaint, or in any purported cause of action alleged therein.

## SIXTH AFFIRMATIVE DEFENSE

6. Defendant is informed and believes, and on that basis alleges, that by her conduct, Plaintiff has waived any right to recover any relief sought in the complaint, or in any purported cause of action alleged therein.

## SEVENTH AFFIRMATIVE DEFENSE

7. Defendant is informed and believes, and on that basis alleges, that Plaintiff's claims are barred by the doctrine of unclean hands.

## EIGHTH AFFIRMATIVE DEFENSE

8. Defendant is informed and believes, and on that basis alleges, that Plaintiff is guilty of undue delay in filing and prosecuting this suit, and accordingly, this action is barred by laches.

## NINTH AFFIRMATIVE DEFENSE

9. Defendant is informed and believes, and on that basis alleges, that Defendant is informed and believes, and on that basis alleges, that Defendant is entitled to an offset against any recovery by Plaintiff of the amount of any earnings, or other mitigation.

## TENTH AFFIRMATIVE DEFENSE

10. Defendant is informed and believes, and on that basis alleges, that to the extent Plaintiff suffered any symptoms of mental or emotional distress or injury, they were the result of a pre-existing psychological disorder or alternative concurrent cause, and not the result of any act or omission of Defendant.

DEFENDANT OMNICELL, INC.'S ANSWER TO COMPLAINT

FP 55342095.2

**ELEVENTH AFFIRMATIVE DEFENSE**

11.    Defendant is informed and believes, and on that basis alleges, that Plaintiff's claims are barred because Plaintiff's term of employment was terminable at will, with or without cause, pursuant to California Labor Code section 2922.

**TWELFTH AFFIRMATIVE DEFENSE**

12.    Defendant is informed and believes, and on that basis alleges, that Plaintiff's claims are barred under the doctrine of collateral estoppel and res judicata.

**THIRTEENTH AFFIRMATIVE DEFENSE**

13.    Defendant is informed and believes, and on that basis alleges, that the acts of the other DOE Defendants of which Plaintiff complains were all undertaken outside the scope of their agency and/or employment with Defendant and without the knowledge or consent of Defendant and Defendant may not be held liable therefore.

**FOURTEENTH AFFIRMATIVE DEFENSE**

14.    Defendant is informed and believes, and on that basis alleges, that if it is found that Plaintiff had a contractual right not to be terminated except for good cause and that Plaintiff was terminated from employment, Plaintiff was terminated with good cause.

**FIFTEENTH AFFIRMATIVE DEFENSE**

15.    Defendant is informed and believes, and on that basis alleges, that Plaintiff's claims are barred by Plaintiff's failure to exhaust administrative remedies and/or internal grievance procedures.

**SIXTEENTH AFFIRMATIVE DEFENSE**

16.    Defendant is informed and believes, and on that basis alleges, that there existed legitimate, non-discriminatory, and non-retaliatory reasons for the alleged acts of Defendant of which Plaintiff complains.

**SEVENTEENTH AFFIRMATIVE DEFENSE**

17.    Defendant is informed and believes, and on that basis alleges, that the alleged acts of which Plaintiff complains were based on reasonable factors other than disability, race, color, national origin, ancestry, sex, religion, creed, gender, marital status, age, sexual orientation, or any other prohibited factor.

///

19                                    Case No. 5:25-cv-05229-SVK

DEFENDANT OMNICELL, INC.'S ANSWER TO COMPLAINT

FP 55342095.2

### EIGHTEENTH AFFIRMATIVE DEFENSE

18.   Defendant is informed and believes, and on that basis alleges, that Plaintiff unreasonably failed to take advantage of any preventive or corrective opportunities provided by Defendant or to avoid harm otherwise.

### NINETEENTH AFFIRMATIVE DEFENSE

19.   Defendant is informed and believes, and on that basis alleges, that any recovery on Plaintiff's complaint, or any purported cause of action alleged therein, is barred in whole or in part by Plaintiff's failure to mitigate his damages.

### TWENTIETH AFFIRMATIVE DEFENSE

20.   Defendant is informed and believes, and on that basis alleges, that any recovery on Plaintiff's complaint or any purported cause of action alleged therein, is barred in whole or in part by after-acquired evidence which independently justified Plaintiff's termination.

### TWENTY-FIRST AFFIRMATIVE DEFENSE

21.   Defendant is informed and believes, and on that basis alleges, that Plaintiff is not entitled to recover punitive or exemplary damages from Defendant on the grounds that any award of punitive or exemplary damages would violate Defendant's constitutional rights under the Due Process Clauses of the Fifth and Fourteenth Amendments of the United States Constitution.

### TWENTY-SECOND AFFIRMATIVE DEFENSE

22.   Defendant is informed and believes, and on that basis alleges, that Defendant is informed and believes, and on that basis alleges, that Plaintiff failed to state in the Complaint, and cannot prove, any factual situations whatsoever, in which Plaintiff would be entitled to recover attorneys' fees against Defendant.

### TWENTY-THIRD AFFIRMATIVE DEFENSE

23.   Defendant is informed and believes, and on that basis alleges, that Defendant is informed and believes, and on that basis alleges, that Plaintiff's claim for punitive damages fails to state facts sufficient to obtain such damages against Defendant. (See California Civil Code section 3294.) This includes, but is not limited to, Plaintiff's failure to plead facts sufficient to support allegations of malice, oppression, or fraud. In addition, and independently, to the extent Plaintiff's claims for punitive damages

DEFENDANT OMNICELL, INC.'S ANSWER TO COMPLAINT

FP 55342095.2

rely upon alleged acts by alleged agents of Defendant purportedly imputed to Defendant, the limitations inherent in general agency principles and/or in case law interpreting California Civil Code section 3294 prohibit such recovery.

### TWENTY-FOURTH AFFIRMATIVE DEFENSE

24.     Defendant is informed and believes, and on that basis alleges, that any award of punitive damages would violate Defendant's rights under the United States Constitution and under the California Constitution, including but not limited to (1) procedural due process under the Fourteenth Amendment of the United States Constitution and the equivalent under the California Constitution; (2) protection for "excessive fines" as provided in the Eighth Amendment of the United States Constitution and Article I, Section 17 of the California Constitution; and (3) substantive due process provided in the Fifth and Fourteenth Amendments of the United States Constitution and the California Constitution.

### TWENTY-FIFTH AFFIRMATIVE DEFENSE

25.     Defendant is informed and believes, and on that basis alleges, that Plaintiff's claim for punitive damages are barred, in whole or in part, because of Defendant's good faith effort to comply with applicable laws.

### TWENTY-SIXTH AFFIRMATIVE DEFENSE

26.     Defendant is informed and believes, and on that basis alleges, that this action fails to the extent Defendant complied with the applicable provisions of the California Labor Code.

### TWENTY-SEVENTH AFFIRMATIVE DEFENSE

27.     Defendant is informed and believes, and on that basis alleges, that Defendant's actions did not violate a public policy or statute of the State of California.

### TWENTY-EIGHTH AFFIRMATIVE DEFENSE

28.     Defendant is informed and believes, and on that basis alleges, Plaintiff did not exercise ordinary care on his own behalf, and his own acts and omissions proximately caused and/or contributed to the loss, injury, damage, or detriment alleged by Plaintiff, and Plaintiff's recovery from Defendants, if any, should be reduced in proportion to the percentage of Plaintiff's negligence or fault.

///

///

DEFENDANT OMNICELL, INC.'S ANSWER TO COMPLAINT

FP 55342095.2

### TWENTY-NINTH AFFIRMATIVE DEFENSE

29. Defendant is informed and believes, and on that basis alleges, Plaintiff's claim for wrongful termination in violation of public policy is barred to the extent it is based on statutes or regulations which fail to supply the requisite substantial, fundamental and articulated public policy on which such claims must be predicated.

### THIRTIETH AFFIRMATIVE DEFENSE

30. Defendant is informed and believes, and on that basis alleges, Plaintiff's causes of action based on the California Fair Employment & Housing Act ("FEHA") and Title VII are barred in whole or in part to the extent that they exceed the scope of the charges made by Plaintiff before the California Department of Fair Employment and Housing, California Civil Rights Department, or U.S. Equal Employment Opportunity Commission and thus, Plaintiff failed to exhaust his administrative remedies.

### THIRTY-FIRST AFFIRMATIVE DEFENSE

31. Defendant is informed and believes, and on that basis alleges, the conduct Plaintiff alleges was engaged in by Defendant and/or its representatives (which Defendant denies) was undertaken for lawful business reasons and/or by reason of business necessity.

### THIRTY-SECOND AFFIRMATIVE DEFENSE

32. Defendant is informed and believes, and on that basis alleges, even if there was discrimination against Plaintiff (which Defendants deny), Plaintiff would have been terminated anyway

### THIRTY-THIRD AFFIRMATIVE DEFENSE

33. Defendant is informed and believes, and on that basis alleges, Plaintiff is not entitled to the relief sought in the Complaint because, even if unlawful actions occurred, which Defendants deny, such conduct was not committed, countenanced, ratified or approved by managing agents of Defendants. Defendants acted in good faith that Defendants were in compliance with the California *Labor Code*, the wage orders of the Industrial Welfare Commission as well as all other applicable state and federal laws.

### THIRTY-FOURTH AFFIRMATIVE DEFENSE

34. Defendant is informed and believes, and on that basis alleges, the Complaint, and each cause of action therein, or some of them, are barred because the damages Plaintiff alleges, if any, are too speculative to be recoverable at law.

DEFENDANT OMNICELL, INC.'S ANSWER TO COMPLAINT

FP 55342095.2

## THIRTY-FIFTH AFFIRMATIVE DEFENSE

35.   Defendants are informed and believes and, based thereon, alleges that Plaintiff's Complaint was brought without reasonable cause and without a good cause belief that there was a justifiable controversy under the facts or law which would warrant the bringing of said action against Defendants, therefore barring and/or diminishing Plaintiff's recovery as against the answering Defendants.

## RESERVATION OF RIGHTS

Defendant expressly reserves the right to amend its answer and to assert additional affirmative defenses, and to supplement, alter or change its answer and affirmative defenses upon revelation of more definitive facts by Plaintiff and upon Defendant's undertaking of discovery and investigation of this matter. Accordingly, the right to assert additional affirmative defenses, if and to the extent that such affirmative defenses are applicable, is hereby reserved.

## PRAYER FOR RELIEF

WHEREFORE, Defendant prays for judgment as follows:

1.   That Plaintiff takes nothing by way of the Complaint;

2.   That judgment be entered against Plaintiff and in favor of Defendant on all causes of action;

3.   That Defendant be awarded attorneys' fees and costs of suit incurred herein; and that Defendant be awarded such other and further relief as the Court may deem just and proper.

Dated:  June 27, 2025                    FISHER & PHILLIPS LLP


                              By:   */s/ Collin D. Cook*
                                    COLLIN D. COOK
                                    Attorneys for Defendant
                                    OMNICELL, INC.

DEFENDANT OMNICELL, INC.'S ANSWER TO COMPLAINT

FP 55342095.2