

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

280 South 1st Street

San Jose, CA 95113

*cand.uscourts.gov*

February 5, 2026

Santa Clara County Superior Court
191 N 1st St.
San Jose, CA 95113

RE:  Joseph Stone v.  Omnicell, Inc., et al.
     25-cv-05229-SVK

Your Case Number:  25CV467393

Dear Clerk,

 Pursuant to an order remanding the above captioned case to your court, transmitted herewith are:

  ☒  Certified original and one copy of this letter

  ☒  Certified copies of docket entries

  ☒  Certified copy of Remand Order

  ☐  Other

 Please acknowledge receipt of the above documents on the attached copy of this letter.

Sincerely,

Mark B. Busby, Clerk

_____
by:  Kristen Adams-Moffett
Case Systems Administrator
415-522-2068